## Peter Tulupan, Appellee, v. J. Casper Sauer, Appellant.

Gen. No. 42,330.

Heard in the third division, first district, this court at the October term, 1942; opinion filed February 2, 1944. Bernard W. Vinissky and Julius S. Neale, for appellant; Meyer A. Ginsburg and Otto W. Berg, for appellee. Opinion by JUSTICE KILEY. Not to be published in full.